## Commonwealth *v.* Riovo, Appellant.

Argued June 12, 1975. *Joel H. Ziev,* with him *Martin D. Cohen,* for appellant; *Joseph V. Huber,* Assistant District Attorney, and *George J. Joseph,* District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Samuel, Appellant.

Argued June 11, 1975. *Jay Meyers,* with him *Techner, Rubin, Shapiro, Silverstein & Slass,* for appellant; *Stephen E. Levin,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.